# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JJ Sports Productions, Inc.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−02566
                                            Honorable Joan H. Lefkow

Esteban Castaned, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing reset to 7/22/2008 at 09:30 AM. No one appeared in court on 7/1/2008 when case was called for status.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.