AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:44

CLERK
U.S. DISTRICT COURT

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Esteban Castaneda, indv. and d/b/a Colima
Restaurant Corp., d/b/a Colima Restaurant and
Colima Restaurant Corp., d/b/a Colima Restaurant

CASE NUMBER: **08 C 2566**

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Esteban Castaneda
4377 W. 26th Street
Chicago, Illinois 60623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 6, 2008
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/30/08 |
| NAME OF SERVER (PRINT) Walter McWilliams | TITLE Private Detective |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: ESTEBAN CASTANADA DOESN'T LIVE AT 4377 W 26TH ST CHICAGO ILLINOIS. THE IZALCO RESTAURANT IS LOCATED HERE

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/30/08
Date

Signature of Server: *Walter McWilliams*
METRO SERVICE
4647 W. 103rd St., Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.