AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008
U.S. DIS.

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Esteban Castaneda, indv. and d/b/a Colima
Restaurant Corp., d/b/a Colima Restaurant and
Colima Restaurant Corp., d/b/a Colima Restaurant

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 08 C 2566

**JUDGE LEFKOW
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Colima Restaurant Corp d/b/a Colima Restaurant
Robert M. Romero - Registered Agent
236 S. Ashland Avenue
Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

**(By) DEPUTY CLERK**

May 6, 2008

**Date**



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/18/0 8  2008 JUN 26 PM 2:4 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Walter McWilliams | TITLE<br>Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: COLIMA RESTAURANT CORP D/B/A COLIMA RESTAURANT AND ROBERT ROMERO AGENT LOCATED AT 236 S. ASHLAND

☒ Other (specify): CHGO 60607

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _5/18/08_
_____ Date _____    _Walter McWilliams_
                          *Signature of Server*

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure